IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:09CR3119 |
| | ) | |
| V. | ) | |
| | ) | ORDER |
| CHRISTIAN QUEVEDO, | ) | |
| | ) | |
| Defendants. | ) | |

John S. Berry, Jr. has entered an appearance as retained counsel on behalf of defendant Christian Quevedo.

Accordingly,

IT IS ORDERED that the motion to withdraw filed by John C. Vanderslice and the Federal Public Defender's Office, (filing no. 17), is granted.  Mr. Vanderslice's name shall be withdraw from all future ECF filings.

DATED this 29th day of October, 2009.

BY THE COURT:

*Richard G. Kopf*
United States District Judge