IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | 4:09CR3119 |
| V. | ) | |
| CHRISTIAN QUEVEDO, | ) | **ORDER** |
| Defendants. | ) | |

This matter comes on for consideration of Defendant's motion to file document under seal (filing 29). Having considered Defendant's motion, and the file in this matter, Defendant's motion shall be granted.

IT IS ORDERED that Defendant's motion to file document under seal is granted.

November 23, 2009.

BY THE COURT:
*Richard G. Kopf*
United States District Judge