IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | 4:09CR3119 |
| v. | ) | |
| CHRISTIAN QUEVEDO, | ) | **ORDER** |
| Defendants. | ) | |

This matter is before the court on John S. Berry's motion to be appointed as counsel, or, in the alternative, to withdraw as counsel (filing 30). The motion shall be granted, in part, and denied, in part.

IT IS ORDERED:

1. John S. Berry is appointed as Defendant's counsel in this matter;

2. The Federal Public Defender's office shall provide Mr. Berry with the appropriate CJA voucher.

November 23, 2009.

BY THE COURT:
*Richard G. Kopf*
United States District Judge