IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| Plaintiff, | ) | 4:09CR3119 |
| | ) | |
| v. | ) | MEMORANDUM AND ORDER |
| | ) | |
| CHRISTIAN QUEVEDO, | ) | |
| | ) | |
| Defendant. | ) | |

The defendant has moved for a continuance of the pretrial motion deadline, which was set for November 27, 2009. Filing No. 33. Defense counsel explains he has received voluminous discovery from the government, and needs additional time to review the discovery, confer with his client, and determine if pretrial motions should be filed. Counsel for the government does not oppose the defendant's motion. The court finds the defendant's motion should be granted.

IT IS ORDERED:

1) Defendant's unopposed motion to continue, (filing no. 33), is granted and defendant's pretrial motions and briefs shall be filed on or before December 28, 2009.

2) The ends of justice will be served by granting defendant's motion to continue the pretrial motion deadline, and outweigh the interests of the public and the defendant in a speedy trial, and the additional time arising as a result of the granting of the motion, the time between November 27, 2009 and December 28, 2009, shall be deemed excludable time in any computation of time under the requirements of the Speedy Trial Act, for the reason that the parties require additional time to adequately prepare the case, taking into consideration due diligence of counsel, the novelty and complexity of the case, and the fact that the failure to grant

additional time might result in a miscarriage of justice. 18 U.S.C. § 3161(h)(7)(A) & (B).

3) The trial of this case, currently set to commence on December 28, 2009, is continued pending resolution of any pretrial motions filed.

DATED this 30th day of November, 2009.

BY THE COURT:

*Richard G. Kopf*
United States District Judge