IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:09CR3119 |
| | ) | |
| v. | ) | |
| | ) | |
| CHRISTIAN QUEVEDO, | ) | MEMORANDUM AND ORDER |
| | ) | |
| Defendant. | ) | |
| | ) | |

IT IS ORDERED that defendant Quevado's unopposed oral motion to continue is granted, and

1) An evidentiary hearing on defendant Quevedo's motion to suppress, (filing no.36), will be held before the undersigned on March 2, 2010 beginning at 1:30 p.m. in Courtroom #2, United States Courthouse, Lincoln, Nebraska. Two hours have been set aside for this hearing.

2. Defendant Christian Quevado, his counsel, and counsel for the government shall be present at this hearing.

3. Defendant Quevado and his counsel need not attend the hearing on defendant Carpio's motion to suppress.

4. Pursuant to NECrimR 12.5, copies of all exhibits expected to be offered into evidence during the hearing, except those to be used for impeachment only, shall be delivered to the chambers of the undersigned at least twenty-four (24) hours before the hearing and, at the outset of the hearing, to the extent reasonably possible, the parties shall provide the undersigned and the courtroom deputy with a written list of all witnesses the parties expect to call.

DATED this 9th day of February, 2010.

BY THE COURT:

s/ *Cheryl R. Zwart*
United States Magistrate Judge