IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:09CR3119 |
| | ) | |
| v. | ) | |
| | ) | |
| CHRISTIAN QUEVEDO, | ) | MEMORANDUM AND ORDER |
| | ) | |
| Defendants. | ) | |
| | ) | |

The parties' have orally moved to continue the Suppression Hearing, filing no. 36, to March 3, 2010 at 2:30 P.M.

DATED this 1st day of March, 2010.

BY THE COURT:

s/ Cheryl R. Zwart
United States Magistrate Judge