IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | 4:09CR3119 |
| v. | ) | |
| CHRISTIAN QUEVEDO, | ) | FINDINGS AND RECOMMENDATION |
| Defendants. | ) | |

At the conclusion of the hearing this date on the defendant Quevedo's motion to suppress evidence, I outlined my findings of fact and stated by conclusion and recommendation that defendant Quevedo's motion to suppress be denied in all respects. In accordance with the findings and recommendation made on the record,

IT HEREBY IS RECOMMENDED to the Honorable Richard G. Kopf, United States District Judge, that defendant Quevedo's motion to suppress, (filing no. 36), be denied in all respects.

FURTHER, IT HEREBY IS ORDERED,

1. The clerk shall cause a transcript of the hearing to be prepared and filed.

2. Counsel are given fourteen days from the date the transcript is available to counsel in which to file objections to this recommendation. The parties are notified that the failure to object may be held to be a waiver of the right to appeal the district judge's adoption of the recommendation.

3. Trial of this case is set to commence at 9:00 a.m. on April 12, 2010 for a duration of five trial days. Jury selection will be at the commencement of trial.

DATED this 3rd day of March, 2010.

BY THE COURT:
s/ *Cheryl R. Zwart*
United States Magistrate Judge