IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| Plaintiff, | ) | 4:09CR3119 |
| | ) | |
| v. | ) | |
| | ) | |
| CHRISTIAN QUEVEDO, CARLOS CARPIO, | ) | MEMORANDUM AND ORDER |
| | ) | |
| Defendants. | ) | |

Defendant Quevedo has moved to continue the trial, (filing no.85), because his attorney will be attending mandatory National Guard training on May 10, 2010, the current trial date. The government does not oppose the requested continuance. The Court finds defendant Quevedo's motion will be granted.

IT IS ORDERED:

1) Defendant Christian Quevedo's motion to continue, (filing no. 85), is granted.

2) As to both of the defendants, the trial of this case is set to commence before the district judge at 9:00 a.m. on June 7, 2010 for a duration of five trial days. Jury selection will be at the commencement of trial.

3) Based upon the showing set forth in the defendant Quevedo's motion and the representations of his counsel, the Court further finds that the ends of justice will be served by continuing the trial; and that the purposes served by continuing the trial date in this case outweigh the interest of the defendants and the public in a speedy trial. Accordingly, the time between today's date and June 7, 2010 shall be excluded for speedy trial calculation purposes. 18 U.S.C. § 3161(h)(7).

April 15, 2010.

BY THE COURT:
s/ *Cheryl R. Zwart*
United States Magistrate Judge