```
IN THE UNITED STATES DISTRICT COURT
    FOR THE DISTRICT OF NEBRASKA
```

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| Plaintiff, | ) | 4:09CR3119 |
| | ) | |
| V. | ) | |
| | ) | |
| CHRISTIAN QUEVEDO, | ) | **MEMORANDUM AND ORDER** |
| | ) | |
| Defendants. | ) | |
| | ) | |

This matter is before the court on the Magistrate Judge's Findings and Recommendation ("Recommendation") (filing 67) denying Defendant Christian Quevedo's motion to suppress (filing 36) and the objections to the Recommendation (filing 83), filed as allowed by 28 U.S.C. § 636(b)(1)(c).

I have conducted, pursuant to 28 U.S.C. § 636(b)(1), a de novo review of the portions of the Recommendation to which objections have been made. Insomuch as Judge Zwart has fully, carefully and correctly applied the law to the facts, I need only state that the Recommendation should be adopted, and Defendant's objections to the Recommendation should be denied.

IT IS ORDERED:

1. The Magistrate Judge's Recommendation (filing 67) is adopted;

2. Defendant's objections to the Recommendation (filing 83) are denied;

3. Defendant's motion to suppress (filing 36) is denied.

April 28, 2010.

BY THE COURT:
*Richard G. Kopf*
United States District Judge